■ ILAH PORTERFIELD, on Behalf of RICHARD KELSTEIN and Another, Respondents, v SIDNEY KELSTEIN, Appellant.—Order, Surrogate's Court, Bronx County (Bertram Gelfand, S.), entered on November 26, 1985, unanimously affirmed for the reasons stated by Bertram Gelfand, S., without costs and without disbursements. Concur—Murphy, P. J., Sandler, Sullivan, Rosenberger and Wallach, JJ.